# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0740
_____

X POOL FIBERGLASS CORP.,
LEONARDO DE OLIVEIRA
COUTINHO, and ARTHUR
COUTINHO,

    Appellants,

    v.

HERBERT WAYNE CRAFT, and
DEBORAH CRAFT,

    Appellees.

_____

On appeal from the Circuit Court for Gilchrist County.
Robert K. Groeb, Judge.


March 12, 2025

PER CURIAM.

    DISMISSED. *See Gazil v. Gazil*, 343 So. 2d 595, 597 (Fla. 1977).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jesse Smith of Glassman & Zissimopulos, PLLC, Gainesville, for Appellants.

Joseph L. Mannikko of Mannikko & Baris, Macclenny, for Appellees.